ACCEPTED
03-15-00008-CV
5661355
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 3:20:49 PM
JEFFREY D. KYLE
CLERK

Court of Appeals Number: 03-15-00008-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 3:20:49 PM
JEFFREY D. KYLE
Clerk

PAUL D. SIMMONS, Appellant     IN THE 3RD DISTRICT

VS.     COURT OF APPEALS

TERESA A. SIMMONS, Appellee     STATE OF TEXAS

## THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes MELVIN GRAY; attorney for Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure;-and for good cause shows the following:

I.     This case is on appeal from the 119th Judicial District Court of Tom Green County, Texas.

2.     The case was styled TERESA A. SIMMONS v. PAUL D. SIMMONS, and bears cause number B130232F.

3.     A judgment was rendered against Appellant on September 15, 2014.

4.     Appellant filed a Request for Findings of Fact and Conclusions of Law on . October 3, 2014.

5.     Notice of appeal was given on December 12, 2014.

6.     The reporter's record was filed on January 12, 2015, and the clerk's record was filed on January 13, 2015.

7.     The appellant's brief is due on June 12, 2015.

8.     Two previous extensions have been granted.

9.     Attorney for Appellant requests an extension of time of 30 days from the present due date to file the brief.

10. Appellant relies on the following facts as good cause for the requested extension:

a) Counsel for Appellant: ha§ aNery heavy trial court caseload and must appear in court on almost a daily basis for a criminal case ; civil case.'or family law case. ,Coiiii§el for Appellant tried a Capital Murder ca8e to a jury in February,.2015, and tried a Continuous Sexual Assault of a Child Under.14 to a .jury in May, 2015, 'whieh took up tremendous' amount of time in:trial and preparation for trial.

b) Counsel for Appellant has a benign bony growth impinging upon the nerve 'in his ear and because of such ha § had 2 MiRls and several -dootor appointments and is set to see a surgeon in San Antonio, Texas, on July 9, 2015.. This has caused counsel to be• out of his office for additional time and the undersigned has been unable to properly prepare the brief in the time allotted:

c) Because of Counsel for Appellant's medical condition, he has contracted with Michelle Greene to prepare the brief in the instant case and she believes that she will be able to properly prepare and file the brief within the next 30 days.

11. Counsel has conferred with Kirk Hawkins, attorney for Appellee, and he has no objection to this Motion.

• WHEREFORE, PREMISES CONSIDERED; attorney for Appellant prays' that this Court grant this Third Motion to Extend Time to File Appellants Brief, and for such other and further relief as the Court may 'deem appropriate.

Respectfully submitted,

GRAY & BRIGMAN, PLLC
206 West College Avenue
San Angelo, TX 76903
Tel: (325) 653-4594
Fax: (325) 657-0039

By: /s/ Melvin Gray_____
NPELVIN GRAY
State Bar No. 08328000

## CERTIFICATE OF SERVICE

This is to certify that on June 12, 2015, a true and correct copy of the above and -foregoing document was served on Kirk Hawkins, Attorney for ApPellee, via the: efiling system:

/s/ Melvin Gray

MELVIN GRAY

STATE OF TEXAS

COUNTY OF TOM GREEN.          §

[faded illegible text]

### AFFIDAVIT

BEFORE ME, :the undersigned authority, on this day personally appeared. MELVIN GRAY, who after being duly sworn stated:

q am the attorney: for the appellant in the above numbered. and .,.etititled. :cause. . I have read the foregoing Third Motion to Extend Time .to: File . Appellant's' Brief and, swear that all of the allegations. of fact contained'. . therein are true and correct. 7.

_____
MELVIN GRAY
Affiant


SUBSCRIBED AND SWORN TO BEFORE ME on June 12, 2015, to certi which witness my hand and seal of office.

SALLY GREEN
Notary Public, State of Texas
My Commission Expires
March 14, 2016

_____
Notary **Pub** , State of Texas